UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:  
Kristina M. Hawkins

Case No. 20-17662-MAM  
Chapter 13

Debtor.

_____

**RESPONSE TO DEBTOR'S
OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE
RE: CLAIM NO. 2-1 NATIONSTAR MORTGAGE D/B/A MR. COOPER**

Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby files this response to Debtor's Response and Objection to Notice of Mortgage Payment Change (Re: Claim No. 2-1 Nationstar Mortgage d/b/a Mr. Cooper)(Doc. No. 44), and states:

1. On July 15, 2020 Debtor filed this case under Chapter 13 of the Bankruptcy Code.

2. On August 10, 2020 Mr. Cooper filed claim 2-1 which listed a secured claim in the amount of $307,649.72, a secured claim of $67,909.19 and regular monthly payments of $1,775.35.

3. On February 12, 2021 there was an Agreed Order granting objection to claim 2-1 which reduced the amount of prepetition fees from $17,620.80 to $12,000.00 only and allowed a reduced secured arrearage to $62,288.39 and a total secured claim of $302,028.92.

4. Mr. Cooper filed a Notice of Mortgage Payment Change (Docket No. 43) on June 21, 2021, changing the ongoing monthly mortgage payment from $1,775.35 to $2,006.72, because of a change in escrow.

5. Debtor states in the objection that homeowner's insurance has increased for the 2021 year, but the Debtor pays homeowners insurance directly, as she always has.

6. Debtor additionally states in the objection that the Debtor objects to any increase in her monthly mortgage payment as she is making the payment directly.

7. Pursuant to the Second Amended Chapter Plan (Doc. No. 36) which was confirmed on February 19, 2021 (See Doc. No. 41), Nationstar Mortgage, LLC d/b/a Mr. Cooper is listed in Plan paragraph III A and is being paid $62,288.39 arrears and $1,775.35 regular monthly payments in months 1-60.

8. Additionally, in the Second Amended Chapter 13 plan, the box in Second Amended Chapter 13 Plan paragraph III, A, for "Escrow is included in the Monthly Payments" is checked, while the boxes for "The Debtor(s) will pay taxes and insurance directly remain unchecked.

Wherefore, the Notice of Mortgage Payment Change at Doc. No. 44 should be allowed with the increase from $1,775.35, to $2,006.72 as the loan is being paid in the plan and the increase is due to a change of escrow being paid in the confirmed Second Amended Chapter 13 Plan of Reorganization.

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar 0316120
Elizabeth Eckhart
FL Bar 48958
LOGS Legal Group LLP
Attorney for Secured Creditor
4630 Woodland Corporate Boulevard
Suite 100
Tampa, FL 33614
Telephone: (813) 367-5813
Fax: (813) 880-8800
E-mail: logsecf@logs.com

**CERTIFICATE OF SERVICE**

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

The undersigned certifies that on this 28th day of June, 2021, a copy of the foregoing response to objection to Notice of Payment Change was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

Kristina M. Hawkins
4290 SW McClellen St
Port Saint Lucie, FL 34953

Shaun T. Plymale
100 SW Albany Avenue, Suite 310
Stuart, FL 34994

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

United States Trustee
51 SW 1st Ave
Suite 1204
Miami, FL 33130

    /s/Steven G. Powrozek
    Steven G. Powrozek
    FL Bar 0316120
    Elizabeth Eckhart
    FL Bar 48958
    LOGS Legal Group LLP
    Attorney for Secured Creditor
    4630 Woodland Corporate Boulevard
    Suite 100
    Tampa, FL 33614
    Telephone: (813) 367-5813
    Fax: (813) 880-8800
    E-mail: logsecf@logs.com

19-319392